BRIGGS, Appellant, *v.* AUSTIN, Respondent.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Judgment affirmed, with costs. See 5 N. Y. Supp. 952, *mem.;* 8 N. Y. Supp. 786; 11 N. Y. Supp. 944, *mem.*

---

*In re* BANNING'S WILL.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Decree of surrogate's court of Madison county affirmed, with costs.

---

SHEARER, Appellant, *v.* BENEDICT, Respondent.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Order affirmed, with $10 costs and disbursements.

---

STONE, Respondent, *v.* DELANEY, Appellant.
SAME *v.* LOOMIS, Appellant.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Order affirmed, with $10 costs in one case and disbursements in both.

---

COMSTOCK, Respondent, *v.* BARNARD *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Order affirmed, with $10 costs and disbursements. MERWIN, J., not sitting.

---

BAILEY, Appellant, *v.* ROME, W. & O. R. Co., Respondent.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Judgment and order affirmed, with costs.

---

PEOPLE *ex rel.* NOYES, Respondent, *v.* BOARD OF CANVASSERS OF CHEMUNG COUNTY, Appellant.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Order affirmed, with costs. Following *People* v. *Board of Canvassers Albany Co.*, 46 Hun, 390; *People* v. *Board of Canvassers Seneca Co.*, 14 N. Y. Supp. 948, affirming 12 N. Y. Supp. 173. See 12 N. Y. Supp. 174.

---

BARTON, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

Judgment and order reversed, and a new trial ordered, on payment by the appellant of the respondent's costs of trial and of this appeal, on the ground that the verdict was contrary to the weight of evidence.

---

WOLF BARNETT *et al.*, Respondents, *v.* PHŒNIX INS. CO. OF BROOKLYN, Appellant.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Judgment and order affirmed, with costs.